UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

CHARLES EDGE, ADAM VARA,
BRADEN GLASSON, DAKOTA
MANESS, COLTON NEWMAN,
LORENZO RODRIGUEZ, MICHAEL
CUELLAR,                                    Case No.  SA-21-CV-00003-JKP

    *Plaintiffs*,

v.

TLW ENERGY SERVICES, LLC,
TROY WATKINS,

    *Defendants*.

<u>**FINAL DEFAULT JUDGMENT**</u>

Before the Court is the Corrected Motion for Default Judgment and to Dismiss in Part (ECF No. 40) filed by Plaintiffs Charles Edge, Adam Vara, Colton Newman, Lorenzo Rodriguez, Michael Cuellar and Thomas Gonzales. The Court held a hearing on the motion on August 31, 2023. The Court, having considered the applicable law, the evidence, and the arguments of counsel, is of the opinion that the motion should be **GRANTED**. *See* ECF No. 40.

    **IT IS THEREFORE ORDERED** that the claims asserted by Plaintiffs Ben Forrest, Brandon Glasson, Mason Frakes, and Dakota Maness are **DISMISSED**.

    **IT IS FURTHER ORDERED** that Plaintiffs Charles Edge, Adam Vara, Colton Newman, Lorenzo Rodriguez, Michael Cuellar recover from Defendants TLW Energy Services, LLC and Troy Watkins, jointly and severally, the sum Six Hundred Six-Eight Thousand Three Hundred Fifty-Four and Seventy-Four/Hundredths Dollars ($668,354.74), which includes, in

equal parts, unpaid overtime wages and liquidated damages in accordance with 29 U.S.C. § 216(b) and allocated as follows:

|  | Overtime | Liquidated Damages | Total |
|---|---|---|---|
| Charles Edge | $44,795.83 | $44,795.83 | $89,591.66 |
| Adam Vara | $152,550.00 | $152,550.00 | $305,100.00 |
| Colton Newman | $10,823.21 | $10,823.21 | $21,646.42 |
| Lorenzo Rodriguez | $29,562.50 | $29,562.50 | $59,125.00 |
| Michael Cuellar | $50,187.50 | $50,187.50 | $100,375.00 |
| Thomas Gonzales | $46,258.33 | $46,258.33 | $92,516.66 |
|  |  | **Total** | **$668,354.74** |

**IT IS FURTHER ORDERED** that Plaintiffs Charles Edge, Adam Vara, Colton Newman, Lorenzo Rodriguez, Michael Cuellar recover from Defendants TLW Energy Services, LLC and Troy Watkins, jointly and severally, the sum Forty-Seven Thousand Five Hundred and No/Hundredths Dollars ($47,500.00) in attorney's fees in accordance with 29 U.S.C. § 216(b).

**IT IS FURTHER ORDERED** that Plaintiffs are entitled to such sums as may be appropriate in post-judgment interest under 28 U.S.C. § 1961(a).

**IT IS FURTHER ORDERED** that all relief not expressly granted in this judgment is **DENIED**. Plaintiffs' earlier filed Motion for Default Judgment is **DENIED AS MOOT** because it is replaced by the corrected motion. *See* ECF No. 39.

This is a **FINAL DEFAULT JUDGMENT**. The Clerk of Court is instructed to **CLOSE THIS CASE**.

It is so ORDERED.
SIGNED this 31st day of August, 2023.

JASON  PULLIAM
UNITED STATES DISTRICT JUDGE